UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 Case |
| | ) | |
| Christianne M. Anderson, | ) | Case No. 06 - 14055 |
| | ) | |
| Debtor. | ) | Judge Bruce W. Black |
| | ) | |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  U.S. Bankruptcy Court
         Will County Court Annex
         57 N. Ottawa St., Room 201
         Joliet, Illinois 60432

    On:  **November 16, 2007**

    At:  **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as my be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $25,999.30

    b. Disbursements                           $      -0-

    c. Net Cash Available for Distribution     $25,999.30

4. Applications for Chapter 7 fees and administrative expenses have been filed as followed:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Michael G. Berland, Trustee | $0 | $3,349.93 | |

5. Applications for Chapter 7 fees and administrative expenses have been filed as followed:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%.

   Allowed Priority Claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7. Claims of general unsecured creditors totaling $18,723.53 have been allowed and will be paid *pro rata* after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100%.

   Allowed general unsecured claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corp | $265.99 | $ 265.99 |
| 1 Interest | Recovery Management Systems Corp. | $ 9.44 | $ 9.44 |
| 2 | World Financial Network National Bank | $ 146.32 | $ 146.32 |
| 2 Interest | World Financial Network National Bank | $ 5.19 | $ 5.19 |
| 3 | Discover Bank/Discover Financial Services | $12,544.78 | $12,544.78 |
| 3 Interest | Discover Bank/Discover Financial Services | $ 445.29 | $ 445.29 |
| 4 | Citizens Auto Finance | $ 5,766.44 | $ 5,766.44 |
| 4 Interest | Citizens Auto Finance | $ 204.68 | $ 204.68 |
| Surplus | Christiane M. Anderson | $ 3,261.24 | $ 3,261.24 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the clerk of the Bankruptcy Court, Dirksen Federal

Courthouse, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee does not propose to abandon property at the hearing.

Dated: **October 16, 2007**                                        For the Court,

By:
**KENNETH S. GARDNER**
Kenneth S . Gardner
Clerk of the United states Bankruptcy Court
219 South Dearborn, street, 7th Floor
Chicago, IL 60604

Trustee:   Michael Berland, Esq.
           One North La Salle Street
           Suite 1775
           Chicago, IL 606u02
           einstein829@earthlink.net

Phone No.   (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1            Date Rcvd: Oct 16, 2007
Case: 06-14055                 Form ID: pdf002             Total Served: 14

The following entities were served by first class mail on Oct 18, 2007.
db          +Christiane M. Anderson,    945 E. Washington Street,    Morris, IL 60450-2390
aty         +John C Renzi,   June Prodehl & Renzi LLC,    1861 Black Road,    Joliet, IL 60435-3420
tr          +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
10988826     Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
11154255    +Citizens Auto Finance,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
10988827     Citizens Bank,    RJE 212,    Riverside, RI 02915-3000
10988829    +Kohl's,    P.O. Box 2983,    Milwaukee, WI 53201-2983
10988830    +Lori Helland,    115 Grandon Road,    Morris, IL 60450-7208
10988831     Maurices,    P.O. Box 659705,    San Antonio, TX 78265-9705
10988832     Old Navy,    P.O.Box 530942,    Atlanta, GA 30353-0942
11122794    +Recovery Management Systems Corporation,    For GE Money Bank,    dba Old Navy,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11127784    +World Financial Network National Bank,    Maurices,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
The following entities were served by electronic transmission on Oct 17, 2007.
11130711    +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 17 2007 05:01:04
              DISCOVER BANK/DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY, OH 43054-3025
10988828     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 17 2007 05:01:04     Discover,    P.O. Box 30395,
              Salt Lake City, UT 84130-0395
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2007**          **Signature:**   _Joseph Speetjens_