IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>ANDERSON, CHRISTIANE M.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-14055<br><br>JUDGE BRUCE W. BLACK (Joliet) |

### TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE BRUCE W. BLACK
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Distribution Report and Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A". The Form 2 is attached as Exhibit "B.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

/s/ Michael G. Berland Trustee

Dated: 4/30/08

**DISTRIBUTION REPORT**                                                              **PAGE 1**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** / **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 3,349.93 | 100.00% |
| **CLAIM NUMBER** / **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| MICHAEL G. BERLAND | 3,349.93 | 3,349.93 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $ 0.00 | 0.00% |
| **CLAIM NUMBER** / **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |
| **CLAIM NUMBER** / **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

EXHIBIT A

DISTRIBUTION REPORT                                                    PAGE 2

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $ 0.00 | 0.00% |

EXHIBIT A

DISTRIBUTION REPORT                                                        PAGE 3

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 18,373.53 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | 265.99 | 265.99 |

EXHIBIT A

**DISTRIBUTION REPORT** **PAGE 4**

| | | | |
|---|---|---|---|
| 2 | World Financial Network National Bank | 146.32 | 146.32 |
| 3 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | 12,194.78 | 12,194.78 |
| 4 | Citizens Auto Finance | 5,766.44 | 5,766.44 |
| | | TOTAL $ | 18,373.53 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | Subordinated unsecured claims | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $ 637.33 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |

EXHIBIT A

**DISTRIBUTION REPORT**  **PAGE 5**

| | | | |
|---|---|---|---|
| 11 | Recovery Management Systems Corporation | 9.23 | 9.23 |
| 21 | World Financial Network National Bank | 5.08 | 5.08 |
| 31 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | 423.00 | 423.00 |
| 41 | Citizens Auto Finance | 200.02 | 200.02 |
| | | TOTAL    $ | 637.33 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $  3,701.48 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| SURPLUS | ANDERSON, CHRISTIANE M. | 3,701.48 | 3,701.48 |
| | | TOTAL    $ | 3,701.48 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 11/2007                         /s/Michael G. Berland
                                       MICHAEL G. BERLAND, Trustee


EXHIBIT D



**WEINSTEIN & RILEY, P.S.**

2001 Western Avenue, Suite 400 ■ Seattle, WA 98121 ■ Tel: (800) 319-3670 ■ Fax: (206)-269-3493

*Richard S. Ralston*
*Licensed in Illinois*

Lisa M. Shank, Attorney at Law
*Licensed in Virginia, Maryland and Washington*
lisas@w-legal.com

October 18, 2007

## VIA FACSIMILE AND FIRST CLASS MAIL

Michael G. Berland, Trustee
1 North LaSalle St., No. 1775
Chicago, Illinois 60602

      RE: In Re Christiane M. Anderson, BK #06-14055
           Discover Bank v. Anderson, ADV # 07-00087

Dear Mr. Berland:

    Our firm represented Discover Bank in the above referenced adversary proceeding. As you know, an agreed judgment order was entered on February 28, 2007 and the Debtor, Christiane M. Anderson, has been making payments on that stipulated amount. You requested an itemization to credit these payments against the amount claimed by Discover Bank in claim #3 in the bankruptcy case. Below is the list and dates of payments received from the Debtor:

| Date | Amount |
|---|---|
| 04/02/07 | $100.00 |
| 04/25/07 | $ 50.00 |
| 05/22/07 | $ 50.00 |
| 07/02/07 | $ 50.00 |
| 07/25/07 | $ 50.00 |
| 08/27/07 | $ 50.00 |
| TOTAL | $350.00 |

    You are authorized to deduct the $350 from the claim 3 amount of $12,544.78. Please let me know if you need additional information. My direct line is (800) 319-3670.

                              SINCERELY,

                              WEINSTEIN & RILEY, P.S.

                              Lisa M. Shank

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

IN RE:  
ANDERSON, CHRISTIANE M.

CHAPTER 7 CASE

CASE NO. 06-14055 BL

JUDGE Bruce W. Black(Joliet)

Debtor(s)

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 3,349.93 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 3,349.93 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                    $         0.00
   
   b. Expenses                        $         0.00
   
   c. Chapter 11 Compensation         $         0.00
   
   d. Chapter 11 Expenses             $         0.00

2. Accountant for the Trustee

1

|   |   |   |
|---|---|---|
| a. Compensation | $ | 0.00 |
| b. Expenses | $ | 0.00 |
| c. Chapter 11 compensation | $ | 0.00 |
| d. Chapter 11 Expenses | $ | 0.00 |

3. Other Professionals

TOTAL $ 0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 16th day of November, 2007.

ENTERED

Bruce W. Black
UNITED STATES BANKRUPTCY JUDGE

2

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-14055 DEGU | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | ANDERSON, CHRISTIANE M. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****21-65 - Money Market Account |
| Taxpayer ID #: | 13-7551486 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/30/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/07 | {12} | Chris Andrson | Payment of inheritance | 1129-000 | 25,920.00 | | 25,920.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.47 | | 25,930.47 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.92 | | 25,943.39 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.85 | | 25,957.24 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.32 | | 25,971.56 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.33 | | 25,985.89 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.41 | | 25,999.30 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.80 | | 26,014.10 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.35 | | 26,028.45 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.97 | | 26,041.42 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.29 | | 26,056.71 |
| 11/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 5.56 | | 26,062.27 |
| 11/12/07 | | To Account #********2166 | Transfer for purpose of final distribution | 9999-000 | | 26,062.27 | 0.00 |

| | ACCOUNT TOTALS | 26,062.27 | 26,062.27 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 26,062.27 | |
| | Subtotal | 26,062.27 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $26,062.27 | $0.00 | |

Exhibit B

{} Asset reference(s)                           Printed: 04/30/2008 08:16 AM   V.10.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-14055 DEGU | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | ANDERSON, CHRISTIANE M. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*21-66 - Checking Account |
| Taxpayer ID #: | 13-7551486 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/30/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/12/07 | | From Account #\*\*\*\*\*\*\*\*2165 | Transfer for purpose of final distribution | 9999-000 | 26,062.27 | | 26,062.27 |
| 11/27/07 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $3,349.93, Trustee Compensation; Reference: | 2100-000 | | 3,349.93 | 22,712.34 |
| 11/27/07 | 102 | Recovery Management Systems Corporation | Dividend paid 100.00% on $265.99; Claim# 1; Filed: $265.99; Reference: | 7100-000 | | 265.99 | 22,446.35 |
| 11/27/07 | 103 | World Financial Network National Bank | Dividend paid 100.00% on $146.32; Claim# 2; Filed: $146.32; Reference: | 7100-000 | | 146.32 | 22,300.03 |
| 11/27/07 | 104 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | Dividend paid 100.00% on $12,194.78; Claim# 3; Filed: $12,544.78; Reference: | 7100-000 | | 12,194.78 | 10,105.25 |
| 11/27/07 | 105 | Citizens Auto Finance | Dividend paid 100.00% on $5,766.44; Claim# 4; Filed: $5,766.44; Reference: | 7100-000 | | 5,766.44 | 4,338.81 |
| 11/27/07 | 106 | Recovery Management Systems Corporation | Dividend paid 100.00% on $9.23; Claim# 1I; Filed: $9.23; Reference: | 7990-000 | | 9.23 | 4,329.58 |
| 11/27/07 | 107 | World Financial Network National Bank | Dividend paid 100.00% on $5.08; Claim# 2I; Filed: $5.08; Reference: | 7990-000 | | 5.08 | 4,324.50 |
| 11/27/07 | 108 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | Dividend paid 100.00% on $423.00; Claim# 3I; Filed: $423.00; Reference: | 7990-000 | | 423.00 | 3,901.50 |
| 11/27/07 | 109 | Citizens Auto Finance | Dividend paid 100.00% on $200.02; Claim# 4I; Filed: $200.02; Reference: | 7990-000 | | 200.02 | 3,701.48 |
| 11/27/07 | 110 | ANDERSON, CHRISTIANE M. | Dividend paid 100.00% on $3,701.48; Claim# SURPLUS; Filed: $3,701.48; Reference: | 8200-000 | | 3,701.48 | 0.00 |

Subtotals :   $26,062.27   $26,062.27

{} Asset reference(s)

Printed: 04/30/2008 08:16 AM   V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-14055 DEGU | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- |
| Case Name: | ANDERSON, CHRISTIANE M. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****21-66 - Checking Account |
| Taxpayer ID #: | 13-7551486 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/30/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 26,062.27 | 26,062.27 | $0.00 |
| | | | Less: Bank Transfers | | 26,062.27 | 0.00 | |
| | | | Subtotal | | 0.00 | 26,062.27 | |
| | | | Less: Payments to Debtors | | | 3,701.48 | |
| | | | NET Receipts / Disbursements | | $0.00 | $22,360.79 | |

{} Asset reference(s)

Printed: 04/30/2008 08:16 AM   V.10.03

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 06-14055 DEGU | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | ANDERSON, CHRISTIANE M. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****21-67 - Money Market Account |
| Taxpayer ID #: | 13-7551486 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/30/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****21-65 | 26,062.27 | 0.00 | 0.00 |
| Checking # ***-*****21-66 | 0.00 | 22,360.79 | 0.00 |
| MMA # ***-*****21-67 | 0.00 | 0.00 | 0.00 |
| | $26,062.27 | $22,360.79 | $0.00 |

{} Asset reference(s)

Printed: 04/30/2008 08:16 AM   V.10.03